IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Burton, Earnestine

Printed: 11/11/08

Case Number: 07 B 20563
Judge: Wedoff, Eugene R
Filed: 11/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 25, 2008
Confirmed: January 31, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,280.00 |  |
| Secured: |  | 3,093.86 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 186.14 |
| Other Funds: |  | 0.00 |
| Totals: | 3,280.00 | 3,280.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Webster Bank | Secured | 0.00 | 0.00 |
| 2. | Drive Financial Services | Secured | 11,436.99 | 1,666.70 |
| 3. | Webster Bank | Secured | 29,570.22 | 1,427.16 |
| 4. | Illinois Dept of Revenue | Priority | 859.55 | 0.00 |
| 5. | Illinois Dept of Revenue | Unsecured | 184.44 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 276.35 | 0.00 |
| 7. | First National Bank | Unsecured |  | No Claim Filed |
| 8. | HSBC Taxpayer Financial Services | Unsecured |  | No Claim Filed |
| 9. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 10. | LVNV Funding | Unsecured |  | No Claim Filed |
| 11. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured |  | No Claim Filed |
|  |  |  | $ 42,327.55 | $ 3,093.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 132.84 |
| 6.5% | 53.30 |
|  | $ 186.14 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Burton, Earnestine | Case Number:  07 B 20563 |
| | Judge:  Wedoff, Eugene R |
| Printed: 11/11/08 | Filed:  11/3/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

